IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01894-WJM-MEH

JOVONIE MONTEZ,

    Plaintiff,

v.

ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 19, 2012**.

    Pursuant to D.C. Colo. LCivR 83.3, the Motion to Withdraw as Counsel of Record filed by Andrew Scott [filed December 18, 2012; docket #51] is **granted**.  Mr. Scott's representation of the Defendant in this case is hereby terminated.  Defendant will continue to be represented by Bradley Tucker of the same law firm.